UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



- - - - - - - - - - - - - - - X
                       :

UNITED STATES OF AMERICA    :

       -v.-         :    **INDICTMENT**

DANIEL D'AMELIA ,      :    07 C
   a/k/a "Wamarchand@aol.com," :

          Defendant.   :

- - - - - - - - - - - - - - - X

## COUNT ONE

The Grand Jury charges:

From on or about August of 2004, up to and including in or about September of 2004, in the Southern District of New York, DANIEL D'AMELIA, a/k/a "Wamarchand@aol.com," the defendant, unlawfully, willfully, and knowingly, did use a facility and means of interstate commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, D'AMELIA used a computer and the Internet to attempt to entice, induce, coerce, and persuade a minor to engage in sexual activity in violation of New York State laws.

(Title 18, United States Code, Section 2422(b).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### DANIEL D'AMELIA,
a/k/a "Wamarchand@aol.com,"

### Defendant.

### INDICTMENT

07 Cr.

(18 U.S.C. §§ 2422(b))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_Charles F. Osborne_

Foreperson.

_June 15, 2007 (18_
_Indictment filed. A/w ☒ issued_
_Case assigned to Judge Batts_

_Freeman. USMJ_