```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                               :
UNITED STATES OF AMERICA       :
                               :
           -v.-                :   ORDER
                               :
DANIEL D'AMELIA,               :   07 Cr. 548
    a/k/a "Wamarchand@aol.com," :
                               :
           Defendant.          :
                               :
- - - - - - - - - - - - - - - X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/23/2007

Upon the request of the Government and the express consent of the defendant, Daniel D'Amelio, at the initial pre-trial conference held on July 16, 2007,

IT IS HEREBY ORDERED, that the caption in this case be amended to read as follows: *United States v. Daniel D'Amelio, a/k/a "Wamarchand@aol.com,"* 07 Cr. 548 (DAB).

Dated: New York, New York
       July 23, 2007

_____
HON. DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK