**MEMO ENDORSED**

LAW OFFICES OF
## JEFFREY LICHTMAN
750 LEXINGTON AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10022
www.jeffreylichtman.com

TELEPHONE
(212) 581-1001

FAX
(212) 581-4999

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2007
```

MEMO ENDORSED

July 26, 2007

**BY TELEFAX:**
Hon. Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. D'Amelio, 07 Cr. 548 (DAB)**

Dear Judge Batts:

*Granted*
*s/DAB*
*7/27/2007*

    I am writing to request a modification of defendant Daniel D'Amelio's bail conditions to limit the monitoring by pretrial services of Mr. D'Amelio's computer to his use of the internet, including all emails sent and received. Under the current bail conditions, all computer activity is monitored including all documents composed by Mr. D'Amelio related to his defense of the charges in this case. The modification we request should satisfy all safety concerns of the Court.

    Pretrial Services Officer Robert Trail and AUSA Randall Jackson have both consented to this application.

**SO ORDERED**

*Deborah A. Batts*  7/27/2007
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

JEFFREY LICHTMAN
Hon. Deborah A. Batts
United States District Judge
July 26, 2007
Page 2

    Thank you for your consideration on this request and I remain available for a conference on this matter if the Court deems it necessary.

                         Respectfully submitted,

                         Jeffrey Lichtman

So Ordered:

_____
Hon. Deborah A. Batts, U.S.D.J.


cc:    Randall Jackson, Esq. (by telefax)
       Assistant United States Attorney

       Robert Trail (by telefax)
       Pretrial Services Officer