**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 14, 2007

Honorable Deborah A. Batts (By FAX)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2007
```

Re:  United States v. Daniel D'Amelio
     07 Cr. 548 (DAB)

Dear Judge Batts:

Granted
/s/ DAB
11/15/07

   The Government respectfully requests that the Court schedule a pre-trial conference for November 26, 2007, at 11:00 a.m. The Government also requests that time be excluded, in order to allow the parties to discuss a possible resolution of the case, and to allow the defendant to review discovery, until November 26, 2007, under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq. I have spoken with Mr. David Patton Esq., counsel for Mr. D'Amelio, and he consents to the exclusion of time under the Speedy Trial Act until November 26, 2007.

Respectfully yours,

MICHAEL J. GARCIA
United States Attorney

**SO ORDERED**
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
11/15/2007

By: _____
RANDALL W. JACKSON
Assistant United States Attorney
Tel: (212) 637-1029
Fax: (212) 637-2937

cc:  David Patton, Esq.
     Federal Defender of New York, Inc.
     52 Duane Street – 10th Floor
     New York, NY 10007

MEMO ENDORSED