AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 07 Cr. 548 (DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Daniel D'Amelio

I certify that I am admitted to practice in this court.

| 2/25/2008 | *[signature]* |
|---|---|
| Date | Signature |

| David Stern | DS4504 |
|---|---|
| Print Name | Bar Number |

100 Lafayette Street, Suite 501
Address

| New York | NY | 10013 |
|---|---|---|
| City | State | Zip Code |

| (212) 571-5500 | (212) 571-5507 |
|---|---|
| Phone Number | Fax Number |