**MEMO ENDORSED**

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-4-2008

Tel: (212) 571-5500
Fax: (212) 571-5507

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

August 4, 2008

Hon. Deborah A. Batts
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  United States v. Daniel D'Amelio
           <u>07 Cr. 548 (DAB)</u>

Dear Judge Batts:

    I am writing to supplement the letter submitted earlier today on behalf of Mr. D'Amelio requesting a modification of his bail conditions allowing him to travel to Hudson, New York for work tomorrow, August 5, 2008. As per the Court's instructions, we write to inform the Court that we have obtained consent to this request from Randall Jackson, Esq., Assistant United States Attorney, and Jason Lerman, United States Pretrial Services Officer.

    Please call with any questions or concerns. Thank you for your consideration of this request.

                                   Respectfully submitted,

                                   David Stern

cc:  Randall Jackson, Esq.
     Assistant United States Attorney

     Jason Lerman
     US Pretrial Services Officer

*[Handwritten in left margin: Granted 15/DAB 8/4/2008]*

**SO ORDERED**

*Deborah A. Batts* 8/4/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**